# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Griffin, Juliet E. | Middle District of Tennessee | 7/9/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge Full | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

756 U.S.Courthouse
801 Broadway
Nashville, TN 37203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Capital Bank (formerly GreenBank, formerly Cumberland Bank) | Mortgage on Rental Property | M |
| 2. | Washington Universtiy in St. Louis | Tuition, Board, Fees | K |
| 3. | MasterCard | Credit Card | J |
| 4. | Chase Visa | Credit Card | J |
| 5. | Sally Mae tuition loan | Educational loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mn/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Invesco | | | | | | | | | |
| 2. American Capital Pace Fund Class A (Capital Grown Fund A) | | None | | | Closed | 07/21/11 | J | A | |
| 3. | | | | | | | | | |
| 4. TD AMERITRADE MAIN ACCOUNT | | | | | | | | | |
| 5. Ford Motor Co. 8.9% | A | Interest | J | T | | | | | |
| 6. Georgia Pacific 7.25% | A | Interest | J | T | | | | | |
| 7. Intelsat Global Notes 7.625% | A | Interest | | | Sold | 3/18/11 | J | | |
| 8. Cash | A | Interest | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. Apple Inc | | None | | | Sold (part) | 1/20/11 | J | A | |
| 11. Apple | | None | | | Buy (add'l) | 2/10/11 | J | | |
| 12. Apple | | None | | | Buy (add'l) | 2/17/11 | J | | |
| 13. Apple | | None | | | Buy (add'l) | 3/21/11 | J | | |
| 14. Apple | | None | | | Sold (part) | 4/08/11 | J | A | |
| 15. Apple | | None | | | Sold | 4/12/11 | J | A | |
| 16. | | | | | | | | | |
| 17. Freeport McMoran Copper & Gold | | None | | | Sold (part) | 1/4/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Freeport McMoran | | None | | | Buy (add'l) | 2/15/11 | J | | |
| 19. Freeport McMoran | | None | | | Sold | 4/12/11 | J | A | |
| 20. General Motors Co | | None | | | Sold | 4/12/11 | J | | |
| 21. MicroChip Technology | | None | | | Sold | 4/12/11 | J | A | |
| 22. | | | | | | | | | |
| 23. SPDR Gold ETF (GLD) | | None | J | T | Sold (part) | 1/4/11 | J | A | |
| 24. GLD | | None | | | Buy | 4/06/11 | J | | |
| 25. GLD | | None | | | Buy (add'l) | 6/01/11 | J | | |
| 26. GLD | | None | | | Buy (add'l) | 7/11/11 | J | | |
| 27. GLD | | None | | | Buy (add'l) | 7/14/11 | J | | |
| 28. GLD | | None | | | Sold (part) | 8/4/11 | J | | |
| 29. GLD | | None | | | Sold (part) | 8/12/11 | J | | |
| 30. GLD | | None | | | Buy (add'l) | 8/16/11 | J | | |
| 31. GLD | | None | | | Buy (add'l) | 8/18/11 | J | | |
| 32. GLD | | None | | | Sold (part) | 8/24/11 | J | A | |
| 33. GLD | | None | | | Buy (add'l) | 9/06/11 | J | | |
| 34. GLD | | None | | | Sold (part) | 9/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GLD | | None | | | Sold | 10/28/11 | J | A | |
| 36. | | | | | | | | | |
| 37. SPXU (Short S&P 500) | | None | | | Buy | 2/14/11 | J | | |
| 38. SPXU | | None | | | Buy (add'l) | 2/15/11 | J | | |
| 39. SPXU | | None | | | Sold (part) | 3/15/11 | J | A | |
| 40. SPXU | | None | | | Sold (part) | 3/16/11 | J | A | |
| 41. SPXU | | None | | | Sold (part) | 3/21/11 | J | A | |
| 42. SPXU | | None | | | Sold (part) | 5/02/11 | J | | |
| 43. SPXU | | None | | | Sold | 5/10/11 | J | | |
| 44. | | | | | | | | | |
| 45. BARZ Inc | | None | | | Buy | 3/30/11 | J | | |
| 46. BARZ Inc | | None | | | Buy (add'l) | 3/31/11 | | | |
| 47. BARZ Inc | | None | | | Buy (add'l) | 4/06/11 | J | | |
| 48. BARZ Inc | | None | | | Buy (add'l) | 4/07/11 | J | | |
| 49. BARZ Inc | | None | | | Sold (part) | 4/12/11 | J | | |
| 50. BARZ Inc | | None | | | Sold (part) | 4/18/11 | J | | |
| 51. BARZ Inc | | None | | | Sold (part) | 5/4/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BARZ Inc | | None | | | Sold | 5/06/11 | J | | |
| 53. | | | | | | | | | |
| 54. GLD Put | | None | | | Buy | 12/15/11 | J | | |
| 55. GLD Put | | None | | | Sold | 12/15/11 | J | | |
| 56. | | | | | | | | | |
| 57. SLV (Silver ETF) | | None | | | Buy | 4/08/11 | J | | |
| 58. SLV | | None | | | Buy (add'l) | 4/14/11 | J | | |
| 59. SLV | | None | | | Buy (add'l) | 4/15/11 | J | | |
| 60. SLV | | None | | | Buy (add'l) | 4/20/11 | J | | |
| 61. SLV | | None | | | Buy (add'l) | 4/21/11 | J | | |
| 62. SLV | | None | | | Buy (add'l) | 4/25/11 | J | | |
| 63. SLV | | None | | | Sold | 4/27/11 | J | A | |
| 64. | | | | | | | | | |
| 65. SLV Call Option | | None | | | Buy | 4/21/11 | J | | |
| 66. SLV Call Option | | None | | | Sold | 4/25/11 | J | A | |
| 67. SLV Call Option | | None | | | Buy | 5/02/11 | J | | |
| 68. SLV Call Option | | None | | | Sold | 5/4/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SLV Put Option | | None | | | Buy | 5/05/11 | J | | |
| 70. SLV Put Option | | None | | | Sold | 5/06/11 | J | | |
| 71. SLV Put Option | | None | | | Buy | 5/09/11 | J | | |
| 72. SLV Call Option | | None | | | Buy | 5/09/11 | J | | |
| 73. SLV Put Option | | None | | | Sold | 5/09/11 | J | | |
| 74. SLV Call option | | None | | | Buy | 5/10/11 | J | | |
| 75. SLV Call option | | None | | | Sold | 5/11/11 | J | | |
| 76. SLV Call Option | | None | | | Sold | 5/17/11 | J | | |
| 77. | | | | | | | | | |
| 78. AWK (American Water Works) Call | | None | | | Buy | 5/10/11 | J | | |
| 79. AWK Call | | None | | | Buy (add'l) | 5/11/11 | J | | |
| 80. AWK Calls | | None | | | Sold (part) | 6/08/11 | J | | |
| 81. AWK Call | | None | | | Expired | 9/19/11 | J | | |
| 82. | | | | | | | | | |
| 83. SPY (ETF) Put | | None | | | Buy | 6/01/11 | J | | |
| 84. SPY Put | | None | | | Buy (add'l) | 6/08/11 | J | | |
| 85. SPY Put | | None | | | Buy (add'l) | 6/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | SPY Put | | None | | | Buy | 6/16/11 | J | | |
| 87. | SPY Put | | None | | | Sold (part) | 7/15/11 | J | | |
| 88. | SPY Puts | | None | | | Sold (part) | 7/29/11 | J | | |
| 89. | SPY Put | | None | | | Sold | 8/1/11 | J | | |
| 90. | SPY put | | None | | | Buy | 10/11/11 | J | | |
| 91. | SPY Put | | None | | | Sold (part) | 10/11/11 | J | | |
| 92. | SPY Put | | None | | | Buy | 10/17/11 | J | | |
| 93. | SPY Puts | | None | | | Sold | 10/24/11 | J | | |
| 94. | SPY Puts | | None | | | Buy | 11/02/11 | J | | |
| 95. | SPY Puts | | None | | | Sold | 11/03/11 | J | | |
| 96. | SPY Put | | None | | | Buy | 11/09/11 | J | | |
| 97. | SPY Put | | None | | | Sold | 11/11/11 | J | | |
| 98. | SPY Put | | None | | | Buy | 11/23/11 | J | | |
| 99. | SPY Put | | None | | | Buy (add'l) | 11/28/11 | J | | |
| 100. | SPY Put | | None | | | Buy (add'l) | 12/08/11 | J | | |
| 101. | SPY Put | | None | | | Sold (part) | 12/14/11 | J | | |
| 102. | SPY Put | | None | | | Sold (part) | 12/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SPY Put | | None | | | Sold | 12/16/11 | J | | |
| 104. | | | | | | | | | |
| 105. XLF (ETF) Puts | | None | | | Buy | 7/11/11 | J | | |
| 106. XLF Puts | | None | | | Sold | 8/02/11 | J | A | |
| 107. XLF Put | | None | | | Buy | 12/14/11 | J | | |
| 108. XLF Put | | None | | | Sold | 12/16/11 | J | | |
| 109. | | | | | | | | | |
| 110. Apple | | None | | | Buy | 8/4/11 | J | | |
| 111. Apple | | None | | | Buy (add'l) | 8/11/11 | J | | |
| 112. Apple | | None | | | Buy (add'l) | 8/22/11 | J | | |
| 113. Apple | | None | | | Buy (add'l) | 9/26/11 | J | | |
| 114. Apple | | None | | | Sold (part) | 10/17/11 | J | A | |
| 115. Apple | | None | | | Sold (part) | 10/18/11 | J | A | |
| 116. Apple | | None | | | Buy (add'l) | 10/24/11 | J | | |
| 117. Apple | | None | | | Sold | 10/28/11 | J | A | |
| 118. | | | | | | | | | |
| 119. FedEx | | None | | | Buy | 10/24/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. FedEx | | None | | | Sold | 10/26/11 | J | | |
| 121. | | | | | | | | | |
| 122. SalesForce.com Inc Put | | None | J | T | Buy | 10/26/11 | J | | |
| 123. SalesForce.com Inc Put | | None | | | Sold | 10/27/11 | J | | |
| 124. SalesForce.com Inc Put | | None | | | Buy | 10/31/11 | J | | |
| 125. SalesForce.com Inc Put | | None | | | Sold | 10/31/11 | J | A | |
| 126. SalesForce.com Inc Put | | None | | | Buy | 11/02/11 | J | | |
| 127. SalesForce.com Inc Put | | None | | | Sold | 11/03/11 | J | | |
| 128. SalesForce.com Inc Put | | None | | | Buy | 11/03/11 | J | | |
| 129. SalesForce.com Inc Put | | None | | | Sold | 11/11/11 | J | | |
| 130. SalesForce.com Inc Put | | None | | | Buy | 12/14/11 | J | | |
| 131. SalesForce.com Inc Put | | None | | | Sold | 12/15/11 | J | A | |
| 132. SalesForce.com Inc Put | | None | | | Buy | 12/21/11 | J | | |
| 133. SalesForce.com Inc Put | | None | | | Buy (add'l) | 12/22/11 | J | | |
| 134. | | | | | | | | | |
| 135. FedEx (FXE)Put | | None | | | Buy | 12/14/11 | J | A | |
| 136. FedEx (FXE)Put | | None | | | Sold | 12/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. Athena Health Inc. Call | | None | | | Buy | 12/15/11 | J | | |
| 139. Athena Health Inc. Call | | None | | | Sold | 12/16/11 | J | | |
| 140. | | | | | | | | | |
| 141. Linkedin Corp Put | | None | | | Buy | 12/16/11 | J | | |
| 142. Linkedin Corp Put | | None | | | Sold | 12/16/11 | J | | |
| 143. | | | | | | | | | |
| 144. Research In Motion (RIMM) Puts | | None | | | Buy | 12/16/11 | J | | |
| 145. Reasearch In Motion Puts | | None | | | Sold | 12/16/11 | J | A | |
| 146. | | | | | | | | | |
| 147. IBM Put | | None | | | Buy | 12/16/11 | J | | |
| 148. IBM Put | | None | | | Sold | 12/16/11 | J | A | |
| 149. | | | | | | | | | |
| 150. Allied Nevada Gold (ANV) Put | | None | | | Buy | 12/16/11 | J | | |
| 151. ANV Put | | None | | | Sold | 12/16/11 | J | | |
| 152. | | | | | | | | | |
| 153. REAL ESTATE INVESTMENTS | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Rental Property No. 1 Davidson County, TN | E | Rent | N | W | | | | | |
| 155. | | | | | | | | | |
| 156. TD AMERITRADE IRA [redacted] Amerivest Account (Note 1) | A | Int./Div. | J | T | Sold (part) | 9/20/11 | J | | |
| 157. | | | | | | | | | |
| 158. TD AMERITRADE IRA [redacted] | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. Money Market (Note 1) | A | Interest | L | T | | | | | |
| 161. | | | | | | | | | |
| 162. AT&T Inc | A | Int./Div. | J | T | | | | | |
| 163. AT&T | | | | | Sold (part) | 7/11/11 | J | A | |
| 164. | | | | | | | | | |
| 165. Verizon Communications (VZ) | A | Int./Div. | J | T | | | | | |
| 166. VZ | | | | | Sold (part) | 7/11/11 | J | A | |
| 167. | | | | | | | | | |
| 168. Coca Cola Co (KO) | A | Dividend | J | T | | | | | |
| 169. KO | | | | | Buy (add'l) | 5/11/11 | J | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Johnson & Johnson Com | A | Dividend | J | T | | | | | |
| 172. | | | | | | | | | |
| 173. McDonalds Corp (MCD) | A | Dividend | J | T | | | | | |
| 174. MCD | | | | | Buy (add'l) | 5/11/11 | J | | |
| 175. | | | | | | | | | |
| 176. Nordic Amer Tanker (NAT) | A | Dividend | J | T | Sold (part) | 4/12/11 | J | | |
| 177. NAT | | | | | Sold (part) | 8/04/11 | J | | |
| 178. NAT | | | | | Sold (part) | 10/03/11 | J | | |
| 179. | | | | | | | | | |
| 180. Dupont El DeMemours (DD) | A | Dividend | J | T | Sold (part) | 4/12/11 | J | A | |
| 181. DD | | | | | Sold (part) | 7/11/11 | J | | |
| 182. DD | | | | | Sold (part) | 10/3/11 | J | | |
| 183. DD | | | | | Buy (add'l) | 10/24/11 | J | | |
| 184. | | | | | | | | | |
| 185. Kinder Morgan Energy (KMP) | A | Distribution | J | T | | | | | |
| 186. | | | | | | | | | |
| 187. Health Care Reit Inc (HCN) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. SPXU (Short S&P ETF) | | None | | | Buy | 2/14/11 | J | | |
| 190. SPXU | | None | | | Buy (add'l) | 2/15/11 | J | | |
| 191. SPXU | | None | | | Sold (part) | 3/15/11 | J | A | |
| 192. SPXU | | None | | | Sold (part) | 3/16/11 | J | A | |
| 193. SPXU | | None | | | Sold (part) | 3/21/11 | J | A | |
| 194. SPXU | | None | | | Sold (part) | 5/02/11 | J | | |
| 195. SPXU | | None | | | Sold | 5/10/11 | J | | |
| 196. | | | | | | | | | |
| 197. BARZ | | None | | | Buy | 3/31/11 | J | | |
| 198. BARZ | | None | | | Buy (add'l) | 4/6/11 | J | | |
| 199. BARZ | | None | | | Buy (add'l) | 4/7/11 | J | | |
| 200. BARZ | | None | | | Buy (add'l) | 4/8/11 | J | | |
| 201. BARZ | | None | | | Sold (part) | 4/12/11 | J | | |
| 202. BARZ | | None | | | Sold (part) | 4/13/11 | J | | |
| 203. BARZ | | None | | | Sold | 5/06/11 | J | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. SLV (Silver ETF) | | None | | | Buy | 4/08/11 | J | | |
| 206. SLV | | None | | | Buy (add'l) | 4/18/11 | J | | |
| 207. SLV | | None | | | Sold (part) | 4/27/11 | J | A | |
| 208. SLV | | None | | | Sold | 5/04/11 | J | | |
| 209. | | | | | | | | | |
| 210. XLF (Financial ETF) Put | | None | | | Buy | 7/11/11 | J | | |
| 211. XLF Put | | None | | | Sold (part) | 8/11/11 | J | A | |
| 212. XLF Put | | None | | | Sold | 8/12/11 | J | A | |
| 213. | | | | | | | | | |
| 214. SLV Call | | None | | | Buy | 5/02/11 | J | | |
| 215. SLV Call | | None | | | Sold | 5/04/11 | J | | |
| 216. | | | | | | | | | |
| 217. AWK (American Water Works Co) | A | Dividend | J | T | Buy | 5/11/11 | J | | |
| 218. AWK | | | | | Sold (part) | 7/11/11 | J | | |
| 219. | | | | | | | | | |
| 220. Gold ETF (GLD) | | None | | | Buy | 7/14/11 | J | | |
| 221. GLD | | None | | | Sold (part) | 8/24/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. GLD | | None | | | Sold | 9/22/11 | J | A | |
| 223. | | | | | | | | | |
| 224. Apple Computer (AAPL) | | None | K | T | Buy | 7/27/11 | J | | |
| 225. AAPL | | None | | | Buy (add'l) | 9/23/11 | J | | |
| 226. AAPL | | None | | | Buy (add'l) | 9/26/11 | J | | |
| 227. AAPL | | None | | | Sold (part) | 10/17/11 | J | A | |
| 228. AAPL | | None | | | Sold (part) | 10/18/11 | J | A | |
| 229. AAPL | | None | | | Buy (add'l) | 10/24/11 | J | | |
| 230. AAPL | | None | K | T | Buy (add'l) | 10/26/11 | J | | |
| 231. | | | | | | | | | |
| 232. Southern Copper Co (SCCO) | A | Dividend | J | T | Buy | 8/29/11 | J | | |
| 233. SCCO | | | | | Sold (part) | 9/21/11 | J | | |
| 234. SCCO | | | | | Sold (part) | 9/22/11 | J | | |
| 235. SCCO | | | | | Buy (add'l) | 10/24/11 | J | | |
| 236. SCCO | | | J | T | Buy (add'l) | 12/23/11 | J | | |
| 237. | | | | | | | | | |
| 238. Spectra Energy Partners (SEP) | | None | J | T | Buy | 8/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS -- _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. SEP | | None | | | Buy (add'l) | 10/24/11 | J | | |
| 240. | | | | | | | | | |
| 241. SPY (DOW ETF) Put | | None | | | Buy | 10/11/11 | J | | |
| 242. SPY Put | | None | | | Buy (add'l) | 10/17/11 | J | | |
| 243. SPY Put | | None | | | Buy | 11/09/11 | J | | |
| 244. SPY Put | | None | | | Sold (part) | 10/24/11 | J | | |
| 245. SPY Put | | None | | | Sold (part) | 10/24/11 | J | | |
| 246. SPY Put | | None | | | Sold | 11/11/11 | J | | |
| 247. SPY Put | | None | | | Buy | 11/23/11 | J | | |
| 248. SPY Put | | None | | | Sold | 12/14/11 | J | | |
| 249. | | | | | | | | | |
| 250. FedEx (FDX) | | None | J | T | Buy | 10/24/11 | J | | |
| 251. | | | | | | | | | |
| 252. Nordstrom (JWN) | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 253. | | | | | | | | | |
| 254. General Electric (GE) | | None | J | T | Buy | 12/07/11 | J | | |
| 255. GE | | None | | | Buy (add'l) | 12/12/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | | | | | |
| 257. ELI Lilly (LLY) | | None | J | T | Buy | 12/12/11 | J | | |
| 258. | | | | | | | | | |
| 259. Salesforce.Com (CRM) Put | | None | | | Buy | 10/26/11 | J | | |
| 260. CRM Put | | None | | | Sold | 10/27/11 | J | | |
| 261. CRM Put | | None | | | Buy | 10/31/11 | J | | |
| 262. CRM Put | | None | | | Sold | 10/31/11 | J | A | |
| 263. | | | | | | | | | |
| 264. TD AMERITRADE Roth IRA ▓ | | | | | | | | | |
| 265. Money Market | A | Interest | J | T | Sold (part) | 9/20/11 | J | | |
| 266. | | | | | | | | | |
| 267. Silver ETF (SLV) | | None | | | Buy | 4/08/11 | J | | |
| 268. SLV | | None | | | Sold | 5/05/11 | J | | |
| 269. | | | | | | | | | |
| 270. Souther Copper (SCCO) | | None | J | T | Buy | 8/29/11 | J | | |
| 271. SCCO | | None | | | Sold (part) | 9/22/11 | J | | |
| 272. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Spectra Energy Partners (SEP) | | None | J | T | Buy | 8/29/11 | J | | |
| 274. | | | | | | | | | |
| 275. TD AMERITRADE IRA Amerivest Account (See note 1) | A | Int./Div. | J | T | Sold (part) | 9/20/11 | J | | |
| 276. | | | | | | | | | |
| 277. | | | | | | | | | |
| 278. TD AMERITRADE IRA | | | | | | | | | |
| 279. Money Market | A | Int./Div. | K | T | | | | | |
| 280. | | | | | | | | | |
| 281. AT&T Inc | A | Dividend | J | T | | | | | |
| 282. | | | | | | | | | |
| 283. Coca Cola (KO) | A | Dividend | K | T | | | | | |
| 284. KO | | | | | Buy (add'l) | 4/21/11 | J | | |
| 285. KO | | | | | Buy (add'l) | 5/03/11 | J | | |
| 286. KO | | | | | Buy (add'l) | 8/04/11 | J | | |
| 287. KO | | | | | Buy (add'l) | 8/24/11 | J | | |
| 288. | | | | | | | | | |
| 289. Silver ETF (SLV) | | None | | | Buy | 4/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. SLV | | None | | | Buy (add'l) | 4/18/11 | J | | |
| 291. SLV | | None | | | Buy (add'l) | 4/21/11 | J | | |
| 292. SLV | | None | | | Sold (part) | 4/27/11 | J | | |
| 293. SLV | | None | | | Sold (part) | 5/04/11 | J | | |
| 294. SLV | | None | | | Buy (add'l) | 5/10/11 | J | | |
| 295. SLV | | None | | | Sold | 5/17/11 | J | | |
| 296. | | | | | | | | | |
| 297. Apple Computer (AAPL) | | None | K | T | Buy | 4/21/11 | J | | |
| 298. AAPL | | None | | | Sold (part) | 7/11/11 | J | A | |
| 299. AAPL | | None | | | Buy | 7/26/11 | J | | |
| 300. AAPL | | None | | | Buy (add'l) | 8/03/11 | J | | |
| 301. AAPL | | None | | | Buy (add'l) | 8/11/11 | J | | |
| 302. AAPL | | None | | | Buy (add'l) | 8/24/11 | J | | |
| 303. AAPL | | None | | | Buy (add'l) | 9/26/11 | J | | |
| 304. AAPL | | None | | | Sold (part) | 10/17/11 | J | A | |
| 305. AAPL | | None | | | Sold (part) | 10/18/11 | J | A | |
| 306. AAPL | | None | | | Buy (add'l) | 10/24/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. AAPL | | None | | | Buy (add'l) | 10/26/11 | J | | |
| 308. AAPL | | None | | | Buy (add'l) | 11/01/11 | J | | |
| 309. AAPL | | None | | | Buy (add'l) | 11/10/11 | J | | |
| 310. AAPL | | None | | | Sold (part) | 12/02/11 | J | | |
| 311. | | | | | | | | | |
| 312. Dupont (DD) | A | Dividend | J | T | Buy | 4/21/11 | J | | |
| 313. DD | | | | | Sold (part) | 8/04/11 | J | | |
| 314. DD | | | | | Buy (add'l) | 8/15/11 | J | | |
| 315. DD | | | | | Sold (part) | 9/12/11 | J | | |
| 316. DD | | | | | Sold (part) | 10/03/11 | J | | |
| 317. DD | | | | | Buy (add'l) | 10/26/11 | J | | |
| 318. DD | | | | | Buy (add'l) | 10/27/11 | J | | |
| 319. | | | | | | | | | |
| 320. McDonalds (MCD) | A | Dividend | J | T | Buy | 5/02/11 | J | | |
| 321. MCD | | | | | Buy (add'l) | 5/04/11 | J | | |
| 322. | | | | | | | | | |
| 323. Gold ETF (GLD) | | None | J | T | Buy | 5/03/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  GLD | | None | | | Buy (add'l) | 7/14/11 | J | | |
| 325.  GLD | | None | | | Sold (part) | 8/04/11 | J | | |
| 326.  GLD | | None | | | Buy (add'l) | 8/09/11 | J | | |
| 327.  GLD | | None | | | Sold (part) | 8/12/11 | J | | |
| 328.  GLD | | None | | | Buy (add'l) | 8/16/11 | J | | |
| 329.  GLD | | None | | | Buy (add'l) | 8/18/11 | J | | |
| 330.  GLD | | None | | | Buy (add'l) | 8/23/11 | J | | |
| 331.  GLD | | None | | | Sold (part) | 8/24/11 | J | | |
| 332.  GLD | | None | | | Sold (part) | 8/24/11 | J | | |
| 333.  GLD | | None | | | Buy (add'l) | 9/06/11 | J | | |
| 334.  GLD | | None | | | Buy (add'l) | 9/22/11 | J | | |
| 335.  GLD | | None | | | Sold (part) | 9/22/11 | J | | |
| 336.  GLD | | None | | | Buy (add'l) | 10/25/11 | J | | |
| 337.  GLD | | None | | | Sold (part) | 12/14/11 | J | | |
| 338. | | | | | | | | | |
| 339.  Caterpillar Corp (CAT) | A | Dividend | J | T | Buy | 5/04/11 | J | | |
| 340.  CAT | | | | | Sold (part) | 6/01/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  CAT | | | | | Sold (part) | 6/16/11 | J | | |
| 342.  CAT | | | | | Sold (part) | 9/12/11 | J | | |
| 343.  CAT | | | | | Buy (add'l) | 10/24/11 | J | | |
| 344.  CAT | | | | | Buy (add'l) | 10/26/11 | J | | |
| 345. | | | | | | | | | |
| 346.  Yum Brands Inc (YUM) | A | Dividend | J | T | Buy | 5/09/11 | J | | |
| 347.  YUM | | | | | Sold (part) | 9/12/11 | J | | |
| 348. | | | | | | | | | |
| 349.  American Water Works (AWK) | A | Dividend | J | T | Buy | 5/09/11 | J | | |
| 350. | | | | | | | | | |
| 351.  Net Flix (NFLX) | | None | | | Buy | 5/10/11 | J | | |
| 352.  NFLX | | None | | | Sold (part) | 7/11/11 | J | | |
| 353.  NFLX | | None | | | Sold (part) | 9/12/11 | J | | |
| 354.  NFLX | | None | | | Sold | 9/16/11 | J | | |
| 355. | | | | | | | | | |
| 356.  Limited Brands Inc (LTD) | A | Dividend | J | T | Buy | 5/11/11 | J | | |
| 357.  LTD | | | | | Sold (part) | 7/11/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. LTD | | | | | Sold (part) | 9/12/11 | J | | |
| 359. LTD | | | | | Buy (add'l) | 9/26/11 | J | | |
| 360. | | | | | | | | | |
| 361. CSX Corp (CSX) | A | Dividend | J | T | Buy | 5/11/11 | J | | |
| 362. CSX | | | | | Sold (part) | 8/18/11 | J | | |
| 363. CSX | | | | | Sold (part) | 9/12/11 | J | | |
| 364. CSX | | | | | Sold (part) | 9/21/11 | J | | |
| 365. CSX | | | | | Buy (add'l) | 10/24/11 | J | | |
| 366. | | | | | | | | | |
| 367. Nasdaq ETF (QQQ) | A | Dividend | J | T | Buy | 5/11/11 | J | | |
| 368. QQQ | | | | | Sold (part) | 7/11/11 | J | | |
| 369. QQQ | | | | | Sold (part) | 8/18/11 | J | | |
| 370. | | | | | | | | | |
| 371. Dow Industrial ETF (DIA) | A | Dividend | J | T | Buy | 5/11/11 | J | | |
| 372. DIA | | | | | Sold (part) | 8/08/11 | J | | |
| 373. | | | | | | | | | |
| 374. S&P 500 ETF (SPY) | A | Dividend | J | T | Buy | 5/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. SPY | | | | | Sold (part) | 8/08/11 | J | | |
| 376. | | | | | | | | | |
| 377. NetApp (NTAP) | | None | | | Buy | 7/14/11 | J | | |
| 378. NTAP | | None | | | Sold (part) | 8/08/11 | J | | |
| 379. NTAP | | None | | | Sold (part) | 8/18/11 | J | | |
| 380. NTAP | | None | | | Sold | 9/12/11 | J | | |
| 381. | | | | | | | | | |
| 382. Google (GOOG) | | None | J | T | Buy | 7/25/11 | J | | |
| 383. GOOG | | None | | | Sold (part) | 8/18/11 | J | | |
| 384. | | | | | | | | | |
| 385. Norstroms (JWN) | A | Dividend | J | T | Buy | 8/12/11 | J | | |
| 386. JWN | | | | | Buy (add'l) | 10/24/11 | J | | |
| 387. | | | | | | | | | |
| 388. Bristol Myers Squibb (BMY) | A | Dividend | J | T | Buy | 8/12/11 | J | | |
| 389. BMY | | | | | Buy (add'l) | 12/22/11 | J | | |
| 390. | | | | | | | | | |
| 391. Conoco Phillips Corp (COP) | A | Dividend | J | T | Buy | 8/15/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 27 of 33

Name of Person Reporting

Griffin, Juliet E.

Date of Report

7/9/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | | | | | |
| 393. QualComm Inc (QCOM) | A | Dividend | J | T | Buy | 8/23/11 | J | | |
| 394. QCOM | | | | | Buy (add'l) | 8/24/11 | J | | |
| 395. | | | | | | | | | |
| 396. Spectra Energy Partners (SEP) | A | Distribution | J | T | Buy | 8/29/11 | J | | |
| 397. SEP | | | | | Buy (add'l) | 9/06/11 | J | | |
| 398. SEP | | | | | Buy (add'l) | 10/24/11 | J | | |
| 399. | | | | | | | | | |
| 400. Southern Copper Corp (SCCO) | A | Dividend | J | T | Buy | 9/01/11 | J | | |
| 401. SCCO | | | | | Sold (part) | 9/20/11 | J | | |
| 402. SCCO | | | | | Sold (part) | 9/21/11 | J | | |
| 403. SCCO | | | | | Sold (part) | 9/22/11 | J | | |
| 404. SCCO | | | | | Buy (add'l) | 10/24/11 | J | | |
| 405. SCCO | | | | | Buy (add'l) | 10/26/11 | J | | |
| 406. | | | | | | | | | |
| 407. FedEx (FDX) | | None | J | T | Buy | 10/24/11 | J | | |
| 408. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  General Electric (GE) | | None | J | T | Buy | 12/07/11 | J | | |
| 410.  GE | | None | | | Buy (add'l) | 12/12/11 | J | | |
| 411. | | | | | | | | | |
| 412.  Eli Lilly (LLY) | | None | J | T | Buy | 12/21/11 | J | | |
| 413. | | | | | | | | | |
| 414.  SPY Puts | | None | | | Buy | 5/23/11 | J | | |
| 415.  SPY Puts | | None | | | Buy (add'l) | 6/01/11 | J | | |
| 416.  SPY Puts | | None | | | Buy (add'l) | 6/2/11 | J | | |
| 417.  SPY Puts | | None | | | Buy (add'l) | 6/08/11 | J | | |
| 418.  SPY Puts | | None | | | Buy (add'l) | 6/10/11 | J | | |
| 419.  SPY Puts | | None | | | Sold (part) | 6/13/11 | J | | |
| 420.  SPY Puts | | None | | | Buy (add'l) | 6/16/11 | J | | |
| 421.  SPY Puts | | None | | | Sold (part) | 7/15/11 | J | | |
| 422.  SPY Puts | | None | | | Sold (part) | 7/19/11 | J | | |
| 423.  SPY Puts | | None | | | Sold (part) | 7/29/11 | J | | |
| 424.  SPY Puts | | None | | | Sold (part) | 8/01/11 | J | | |
| 425.  SPY Puts | | None | | | Sold | 8/3/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 29 of 33

Name of Person Reporting

Griffin, Juliet E.

Date of Report

7/9/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. SPY Puts | | None | | | Buy | 10/11/11 | J | | |
| 427. SPY Puts | | None | | | Buy (add'l) | 10/17/11 | J | | |
| 428. SPY Puts | | None | | | Sold | 10/24/11 | J | | |
| 429. SPY Puts | | None | | | Buy | 11/09/11 | J | | |
| 430. SPY Puts | | None | | | Sold | 11/11/11 | J | | |
| 431. SPY Puts | | None | | | Buy | 11/21/11 | J | | |
| 432. SPY Puts | | None | | | Sold | 12/15/11 | J | | |
| 433. | | | | | | | | | |
| 434. | | | | | | | | | |
| 435. SalesForce.com (CRM) Put | | None | | | Buy | 10/26/11 | J | | |
| 436. CRM Put | | None | | | Sold | 10/27/11 | J | | |
| 437. CRM Put | | None | | | Buy | 10/31/11 | J | | |
| 438. CRM Put | | None | | | Sold | 11/01/11 | J | A | |
| 439. | | | | | | | | | |
| 440. | | | | | | | | | |
| 441. TD AMERITRADE Roth IRA | | | | | | | | | |
| 442. Money Market | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Silver ETF (SLV) | | | | | Buy | 4/08/11 | J | | |
| 444. SLV | | | | | Sold | 5/05/11 | J | | |
| 445. | | | | | | | | | |
| 446. American Water Company (AWK) | A | Dividend | J | T | Buy | 5/10/11 | J | | |
| 447. AWK | | | | | Sold (part) | 8/02/11 | J | | |
| 448. AWK | | | | | Sold (part) | 8/29/11 | J | | |
| 449. | | | | | | | | | |
| 450. North American Tanker (NAT) | A | Dividend | J | T | Buy | 5/10/11 | J | | |
| 451. NAT | | | | | Sold (part) | 8/02/11 | J | | |
| 452. NAT | | | | | Sold (part) | 8/18/11 | J | | |
| 453. NAT | | | | | Sold (part) | 8/29/11 | J | | |
| 454. | | | | | | | | | |
| 455. Apple Computer Co (AAPL) | | | J | T | Buy | 8/04/11 | J | | |
| 456. AAPL | | | | | Buy (add'l) | 9/26/11 | J | | |
| 457. | | | | | | | | | |
| 458. Southern Copper Company (SCCO) | A | Dividend | J | T | Buy | 8/29/11 | J | | |
| 459. SCCO | | | | | Sold (part) | 9/20/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 33

Name of Person Reporting

Griffin, Juliet E.

Date of Report

7/9/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | | | | | |
| 461. Spectra Energy Partners (SEP) | A | Distribution | J | T | Buy | 8/29/11 | J | | |
| 462. | | | | | | | | | |
| 463. | | | | | | | | | |
| 464. | | | | | | | | | |
| 465. | | | | | | | | | |
| 466. | | | | | | | | | |
| 467. | | | | | | | | | |
| 468. | | | | | | | | | |
| 469. | | | | | | | | | |
| 470. | | | | | | | | | |
| 471. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: In this IRA account, there was a part of the accont in a  Cash Money Market in prior years and it should have been included in those reports.  It was added here to reflect this, as is show in the other IRA accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 7/9/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Juliet E. Griffin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544